1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| SEAN P. ADLEY, as an individual and on behalf of similarly aggrieved employees,<br><br>    Plaintiffs,<br><br>    v.<br><br>MSX AMERICAS, INC., dba MSX INTERNATIONAL, a Delaware Corporation; and DOES 2 through 10,<br><br>    Defendants. | Case No.: SA CV 15-2154 DMG (JCGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [62]** |
|---|---|

1 | The parties to this action have filed a stipulation to dismiss this action in its entirety with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the Court hereby ORDERS that this entire action is dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: January 17, 2017            _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE

1